## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-11-83 |
| | § | |
| | § | |
| JOSE MIGUEL TREVINO | § | |

## ORDER

The defendant, Jose Miguel Trevino, has filed a third motion to continue his sentencing hearing, which was originally set in August 2012.  He asks to have the hearing reset to after Christmas to allow family visits.  He bases the motion on the fact that after he is sentenced, he will likely be moved, making it difficult for his family to visit.  Unfortunately, this is not unusual for the families of convicted defendants.  The defendants has already had his sentencing postponed.  There is an inadequate basis for extending it again.

SIGNED on October 31, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge