UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:11 CR-00083-001 |
| | : | |
| V. | : | |
| | : | *United States District Court Southern District of Texas* |
| JOSE MIGUEL TREVINO | : | **FILED** |
| | : | FEB 21 2017 |
| | : | *David J. Bradley, Clerk of Court* |
| | : | 2-13-17 |

LETTER REQUESTING APPLICATION FOR

SUCCESSIVE HABEAS CORPUS RELIEF (2255).

Dear Clerk of Court:

Please forward me the application for the successive habeas corpus relief (2255). Please enclosed any additional information that may be pertinent to the application i.e. Rules, statute, ect.

In closing; I thank you in the advance for your attention in this matter.

Respectfully

JOSE MIGUEL TREVINO
#55924-179
FCI ALLENWOOD MEDIUM
P.O. BOX, 2000
WHITE DEER, PA. 17887

INMATE NAME/NUMBER: JOSE MIGUEL TREVINO #55924-179
FCC ALLENWOOD FEDERAL CORRECTIONAL FACILITY
P.O. BOX 2000
WHITE DEER, PA 17887

17 FEB 2017 PM

United States District Court
Southern District of Texas
FILED
FEB 21 2017
David J. Bradley, Clerk of Court

77002-260099

⇔55924-179⇔
Federal Courthouse
515 RUSK ST
Houston, TX 77002
United States